UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TRISINCERE CORPORATION,<br><br>        Defendant. | Case No.  22-cv-00836-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 1 |

On February 9, 2022, Plaintiff filed the complaint in this action . (Dkt. No. 1.) Defendant answered on March 30, 2022. (Dkt. No. 9.) Plaintiff has taken no action since that date, allowing his case to languish on the Court's docket for 96 days. The Court has a full case load and does not have the time to manage this case for Plaintiff. It is Plaintiff's Counsel's responsibility to proceed diligently.

Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than July 13, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: July 6, 2022

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge